THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY B. NICHOLS and GEORGE NICHOLS, as Trustees, etc., of JOHN W. T. NICHOLS, Deceased, Appellants, v. WILLIAM STANLEY MILLER, President of the Tax Commission, and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL KAUFMAN and MATILDA D. KAUFMAN, as Executrix, etc., of MORRIS A. KAUFMAN, Deceased, Appellants, v. LOUIS JACKNOWITZ and JAMES J. JACKMAN, as Trustee, Respondents.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FLORENCE COHEN and MAXIMILLIAN COHEN, Appellants, v. ROSE M. LANG, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CENTRAL AMERICAN MINES, INC., Respondent, v. LUCIE C. MCALLISTER and LAURENCE L. CASSIDY, Defendants, Impleaded with CATHERINE MCALLISTER and JOHN A. MCALLISTER, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RUDOLPH FLUEGGE, Respondent, v. BRYANT PARK BUILDING, INC., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EXTERIOR STREET REALTY CORPORATION, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.